**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Candace A. Sanders

                           Plaintiff,

v.                                                          Case No.: 1:20−cv−03126
                                                               Honorable Edmond E. Chang

Rentgrow, Inc., et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 10, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: Initial status hearing set for 07/08/2020 at 9:30 a.m. If held, the initial status hearing will be held telephonically. The parties shall provide a contact number to the courtroom deputy (Michael_Wing@ilnd.uscourts.gov) by 1:00 p.m. on the prior business day The parties must file a joint initial status report with the content described in the attached status report requirements by 06/29/2020. Plaintiff must still file the report even if Defendant has not responded to requests to craft a joint report. If not all Defendants have been served, then Plaintiff must complete the part of the report on the progress of service. Also, counsel (or the parties, if proceeding pro se) must carefully review Judge Chang's Case Management Procedures, available online at ilnd.uscourts.gov (navigate to Judges / District Judges / Judge Edmond E. Chang). Because the Procedures are occasionally revised, counsel (or the party, if proceeding pro se) must read them anew even if the counsel or the party has appeared before Judge Chang in other cases. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.